No. 80–6634. BROUSSARD *v.* LIPPMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6640. KENNY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6660. RENNIE ET AL. *v.* KLEIN, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES OF NEW JERSEY, ET AL. C. A. 3d Cir. Certiorari before judgment denied.

No. 80–6663. RUBEN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6672. SONDERUP *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.